IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
LISA CALHOUN,                   )
                                )
         Plaintiff,             )   Civil Action No. 07-86
                                )
    v.                          )   Judge McVerry
                                )   Magistrate Judge Caiazza
KLINGENSMITH HEALTHCARE,        )
INC.,                           )
                                )
         Defendant.             )
```

**MEMORANDUM ORDER**

This case was filed on January 22, 2007 (Doc. 1). On January 24, 2007, this case was referred to United States Magistrate Judge Francis X. Caiazza (Doc. 2) for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On April 30, 2008, the magistrate judge issued a Report (Doc. 44) recommending that the Defendant Klingensmith's Motion for Summary Judgement (Doc. 29) be granted, to the extent described in the Report.

Service of the Report and Recommendation was made, and Plaintiff Calhoun filed objections on June 16, 2008 (Doc. 48). Defendant filed Responses to Objections on June 26, 2008 (Doc. 49).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the

-1-

objections and responses thereto, the following Order is entered:

AND NOW, on this 1st day of July, 2008, IT IS HEREBY ORDERED that Defendant Klingensmith's Motion for Summary Judgement (Doc. 29) is **GRANTED** to the extent described in the magistrate judge's Report, which is adopted as the opinion of the District Court.

BY THE COURT:

S/ Terrence F. McVerry
Terrence F. McVerry
United States District Judge

cc: Neal A. Sanders, Esquire
Email: lonas@earthlink.net
Dirk D. Beuth, Esquire
Email: dbeuth@penn.com

David J. Kolesar, Esquire
Email: klgateseservice@klgates.com